MAX LACHMAN, Respondent, v. HYMAN GOLDBERG, Doing Business, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

NEW YORK REALTY OPERATORS, INC., Appellant, v. GERTRUDE C. MARK, Individually and as Executrix, etc., of JOSEPH MARK, Deceased, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ARROW IRON WORKS, INC., Respondent, v. HARRY B. GREENE, Trading, etc., and Others, Respondents, and BANK OF YORKTOWN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion of defendant, appellant, for leave to serve and file *nunc pro tunc* as of February 28, 1931, its exceptions to the decision of the trial court and the exceptions to the refusal of the court to find as requested by said defendant granted, with ten dollars costs. And that defendant, appellant, need not print the books, records and documents offered in evidence, provided they be produced on the argument; all parties to have the right of inspection thereof in connection with the appeal. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of NATHANIEL BERMAN, Appellant, against ASSOCIATED FUR COAT AND TRIMMING MANUFACTURERS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of JACOB LEVENSON, Respondent, for an Order Directing SAMUEL D. LASKY, an Attorney, Appellant, to Pay over Money, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ELIZABETH M. CUFF, Appellant, v. WILLIAM E. CUFF, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SADIE SZYPULA, Appellant, v. SAM LATINS, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of R. C. RUSSUM and Others to Vacate Subpœnas and Subpœnas Duces Tecum Issued to THE BROTHERHOOD OF RAILWAY CLERKS NATIONAL BANK in the Action of DOMINICK & DOMINICK, Plaintiff, against THE BROTHERHOOD OF RAILWAY CLERKS NATIONAL BANK and Another, Defendants, Pending in the Hamilton County Court of Common Pleas, Ohio.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LOUIS NOTT, Appellant, v. ROSE NOTT, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.